UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>STATE of WISCONSIN,<br>STATE of ILLINOIS, and<br>STATE of MICHIGAN,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DEAN FOODS COMPANY,<br><br>    *Defendant*. | Civil Action No. 2:10-cv-00059 (JPS) |

**JOINT STIPULATION OF THE STATE OF MICHIGAN AND DEAN FOODS COMPANY REQUESTING ENTRY OF SUPPLEMENTAL STIPULATED ORDER**

The State of Michigan and Dean Foods Company submit this joint stipulation requesting the Court enter the accompanying Supplemental Stipulated Order. The State of Michigan and Dean Foods Company have conferred and agreed to the Supplemental Stipulated Order as a condition to the State of Michigan's willingness to enter into the Proposed Final Judgment being submitted separately by the United States, the States of Wisconsin, Illinois and Michigan, and Dean Foods Company resolving all claims in this action.

Dated: MARCH 29, 2011

Respectfully submitted,

FOR PLAINTIFF STATE OF
MICHIGAN

_____
D.J. Pascoe
Corporate Oversight Division
Michigan Department of Attorney General
G. Mennen Williams Building, 6th Floor
525 W. Ottawa Street
Lansing, Michigan 48933
Telephone: (517) 373-1160
E-mail: pascoeD1@michigan.gov

FOR DEFENDANT
DEAN FOODS COMPANY

_____
Paul T. Denis
Steven G. Bradbury
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
Telephone: (202) 261-3300
E-Mail: paul.denis@dechert.com

Nathan A. Fishbach
WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI 53202
Tel: (414) 978-5414
E-Mail: nfishbach@whdlaw.com